**John E. BURGESS, Plaintiff-counter-claim-defendant-Appellant,**

v.

**Dennis MINENI, Defendant-counter-claimant-plaintiff-Appellee,**

---

**United States of America, Counter-defendant-Appellee.**

No. 15-16770

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 27, 2017

John E. Burgess, Pro Se

Dennis Mineni, Pro Se

Nathaniel S. Pollock, Attorney, Thomas J. Clark, Supervisory Attorney, DOJ—U.S. Department of Justice, Tax Division/Appellate Section, Washington, DC, for Counter-defendant-Appellee

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

MEMORANDUM ***

John E. Burgess appeals pro se from the district court's summary judgment for the United States in his breach of contract action against Mineni. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Burgess fails to address how the district court erred in granting summary judgment and, thus, this issue is waived. *See Wilcox v. Comm'r*, 848 F.2d 1007, 1008 n.2 (9th Cir. 1988) (arguments not raised on appeal by pro se litigant deemed abandoned); *see also Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues not supported by argu-

ment in pro se appellant's opening brief are waived).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

